8915.   CLARK, administrator, v. WRIGHT, administratrix.

GEORGE, J.   This case is here on a direct bill of exceptions in which error
is assigned on the refusal of the court to allow an amendment, and on
the refusal to admit in evidence a judgment of the court of ordinary
setting apart a year's support to the widow, and a written agreement
between the widow and the temporary administrator.   The amendment
was not sworn to, and every question presented by the bill of exceptions
was fully disposed of adversely to the contentions of plaintiff in error
by the decision of the Supreme Court in this case.   *Wright* v. *Clark*,
145 *Ga.* 534 (89 S. E. 618).   There was no error in refusing the amend-
ment, in rejecting the proffered evidence, and in directing a verdict for
the defendant in error.
> Judgment affirmed.   Wade, C. J., and Luke, J., concur.
> DECIDED SEPTEMBER 13, 1917.

Appeal; from Burke superior court—Judge Hammond.   March
2, 1917.

*Henry J. Fullbright, Frank Hardeman,* for plaintiff in error.
*M. C. Barwick,* contra.